FILED

2018 Jul-16  PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL and EDGAR HERNANDEZ,<br><br>       Plaintiffs,<br><br>v.<br><br>SYSTEM DYNAMICS INTERNATIONAL, INC.,<br><br>       Defendant. | Case No. 5:18-cv-00223-UJH-RDP |

## DECLARATION OF BRANDI WHITE

The undersigned makes the following declaration:

1.　　My name is Brandi White. I am over 19 years old and otherwise competent to testify in the state and federal courts located in the State of Alabama. The following statements are made of my personal knowledge.

2.　　I am a currently a director of the Defendant in the above-captioned case, System Dynamics International, Inc. SDI is a woman-owned business that competes for contracts both with the federal government and subcontracts with other federal government contractors. SDI has held, and continues to hold, several such subcontracts.

3.　　One area in which SDI provides subcontract support is in providing Air Vehicle Operators, or AVOs, to different prime contractors. AVOs primarily operate Unmanned Air Vehicles, commonly known as "drones", from ground control stations.

4.      After SDI hires an AVO, he will spend approximately 14 weeks in a training program at a military base inside the United States. After their training period, SDI sends AVOs to their overseas duty station.

5.      SDI classified all AVOs hired before January 1, 2017 as "hourly exempt" employees, meaning that they were paid their regular hourly rate for all hours worked within the United States.  SDI classified AVOs in this manner because, after examining relevant wage and hour regulations, SDI determined that AVOs qualified for the "highly compensated employee" exemption under federal wage and hour laws.  Because the Department of Labor, Wage and Hour Division raised the compensation floor for highly compensated employees, SDI classified all AVOs hired after January 1, 2017 as "hourly non-exempt" while they worked in the United States, paying them a half-time premium for all hours worked in a workweek over 40.

6.      In the above-captioned lawsuit, I participated in responding to the Plaintiffs' discovery requests.  SDI had produced in excess of 1,800 pages of documents to satisfy these requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/15/2018___.

___Brandi White___
Brandi White

2