# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL and EDGAR HERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>SYSTEM DYNAMICS INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 5:18-cv-00223-UJH-RDP |

## DECLARATION OF LEE-CASSIE WALLS

The undersigned makes the following declaration:

1. My name is Lee-Cassie Walls. I am over 19 years old and otherwise competent to testify in the state and federal courts located in the State of Alabama. The following statements are made of my personal knowledge.

2. I am a currently the Director of Human Resources for the Defendant in the above-captioned case, System Dynamics International, Inc. I am aware of the lawsuit that Joseph Campbell and Edgar Hernandez have filed against SDI alleging that Air Vehicle Operators, or AVOs, were not paid overtime while working inside the United States.

3. SDI formerly classified AVOs working in the United States as hourly exempt based on its reading of federal wage and hour laws. Under those laws and applicable Department of Labor, Wage and Hour Division regulations, AVOs qualified as "highly-compensated employees," exempt from the Fair Labor Standards Act's overtime requirements.

4.      Because the Department of Labor, Wage and Hour Division proposed new regulations raising the floor compensation for a highly-compensated employee from $100,000.00 per year to $134,004.00 per year, SDI changed its policies regarding AVOs working inside the United States, and classified all AVOs hired after January 1, 2017 as hourly non-exempt, meaning that they received a half-time premium for any hours they worked over 40 in a workweek.

5.      As Director of Human Resources, I am responsible for the maintenance of timekeeping and pay records for SDI. I have attached true and correct copies of paystubs to two AVOs hired after January 1, 2017, showing that they were both paid an overtime premium for hours worked in excess of 40 in a workweek inside the United States as <u>Exhibit 1</u>.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12 July 2018.

*Lee-C Walls*
Lee-Cassie Walls

# Exhibit 1

Pay Statement: **2017 - 14 - 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| System Dynamics Intl<br>560 Discovery Dr. NW<br>Huntsville,, AL 35806 | **Period Beginning Date**<br>3/16/2017 | **Pay Date**<br>4/7/2017 | **Co.**<br>WNU | **Clock** | **Home Dept** | **Home Cost Number**<br>2000-002-00 |
| Dylan Michael Woodcock<br>7244 Kersten St<br>Citrus Heights, CA 95621 | **Period Ending Date**<br>3/31/2017 | **WGPS Advance Pay Date** | **File #**<br>000394 | **Number**<br>40196215 | | **Worked In Cost Number**<br>2000-002-00 |

| Gross Pay | | | $ 4,082.31 |
|---|---|---|---:|
| Regular | Rate: 24.7300 | Hours: 100.00 | $ 2,473.00 |
| Overtime | Rate: 37.0950 | Hours: 35.00 | $ 1,298.33 |
| Obb (field 3) | | | $ 310.98 |

| Taxes | | $ 1,201.99 |
|---|---|---:|
| Federal Income Tax | | $ 660.69 |
| Social Security | | $ 234.75 |
| Medicare | | $ 54.90 |
| State Worked In: California | Code: CA | $ 251.65 |

| Deductions | $ 308.87 |
|---|---:|
| DES - DENSIN | $ 17.44 |
| LTD - LONG | $ 8.12 |
| MSI - MEDICAL SINGLE | $ 274.77 |
| STD - SHORT TERM D | $ 4.75 |
| VSI - VISSIN VISION | $ 3.79 |

| Take Home | $ 2,571.45 |
|---|---:|

## Other Details

### Memos

| Max Elig/comp | 4,082.31 |
|---|---:|

Pay Statement: **2017 - 3 - 1**

System Dynamics Intl
560 Discovery Dr. NW
Huntsville,, AL 35806

Jose L Lopez
1317 Waters St
Manhattan, KS 66503

| | | | | |
|---|---|---|---|---|
| **Period Beginning Date** 1/1/2017 | **Pay Date** 1/23/2017 | **Co.** WNU | **Clock** | **Home Dept** |
| **Period Ending Date** 1/15/2017 | **WGPS Advance Pay Date** | **File #** 000373 | **Number** 75034214 | |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 2,207.03** |
| Regular | Rate: 28.8500 | Hours: 57.00 | $ 1,644.45 |
| Overtime | Rate: 43.2750 | Hours: 13.00 | $ 562.58 |
| **Taxes** | | | **$ 427.19** |
| Federal Income Tax | | | $ 196.01 |
| Social Security | | | $ 136.84 |
| Medicare | | | $ 32.00 |
| State Worked In: Kansas | Code: KS | | $ 62.34 |
| **Deductions** | | | **$ 0.00** |
| **Take Home** | | | **$ 1,779.84** |

Other Details

| | |
|---|---|
| Memos | |
| Max Elig/comp | 2,207.03 |