FILED
2018 Jul-16 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN CAMPBELL and EDGAR HERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYSTEM DYNAMICS INTERNATIONAL, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:18-cv-223-UJH-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT SYSTEM DYNAMICS INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION

Defendant System Dynamics International, Inc. ("SDI"), pursuant to Federal Rules of Civil Procedure 26 and 24, hereby responds and objects to the requests for production (each, a "Request" and collectively, the "Requests") in the First Set of Requests for Production propounded upon it by Plaintiffs Jonathan Campbell and Edgar Hernandez in the above-captioned matter.

　　　　1.　　　Any and all documents that refer and/or relate to Jonathan Campbell and Edgar Hernandez including, but not limited to, their entire personnel files.

**Response:　　SDI objects to this Request as it is overly broad and unduly burdensome; and as it is not proportional to the needs of the case. Without waiver of the foregoing objections, and subject to the same, SDI shall produce contemporaneously herewith documents bates labeled SDI and numbered 00001-01862.**

2.     Any and all documents that demonstrate the regular work hours, overtime work hours, regular wages, and overtime wages for each current and former AVO. This Request includes, but is not limited to, documents that are payroll records, pay stubs, copies of pay checks, work schedules for all workweeks, and all Employee Timesheets and time records for each workweek.

**Response:    SDI objects to this Request as it is overly broad; as it is not proportional to the needs of the case; and as it is not related to class certification as agreed in the Parties' Planning Meeting Report. Without waiver of the foregoing objections, and subject to the same, SDI shall produce contemporaneously herewith documents bates labeled SDI and numbered 00001-01862.**

3.     Defendant's Employee Handbook(s), Manual(s), and/or other documents that include Defendant's work policies and procedures in effect at any time during the Look-Back Period.

**Response:    SDI shall produce contemporaneously herewith documents bates labeled SDI and numbered 00001-01862.**

4.     Any and all internal and external job descriptions for the AVO position.

**Response:    SDI shall produce contemporaneously herewith documents bates labeled SDI and numbered 00001-01862.**

5.     Any and all documents that relate to Defendant's policies and procedures regarding wages, regular pay, overtime pay, method(s) of calculating the regular pay and overtime pay for AVOs, and timekeeping/recording.

**Response:** **SDI objects to this Request as it is overly broad and unduly burdensome. Without waiver of the foregoing objections, and subject to the same, SDI shall produce contemporaneously herewith documents bates labeled SDI and numbered 00001-01862.**

6. Any and all contracts between Defendant and third parties including, but not limited to Northrop Grumman Corp. and AAI Corporation – pursuant to which AVOs render services.

**Response:** **SDI objects to this Request as it is overly broad; as it is not proportional to the needs of the case; as it seeks proprietary, trade secret, or otherwise confidential information; and as it is not related to class certification as agreed in the Parties' Planning Meeting Report.**

7. Any and all insurance policies that may provide coverage to Defendant for Plaintiffs' claims.

**Response:** **SDI objects to this Request as it is not related to class certification as agreed in the Parties' Planning Meeting Report. Without waiving the foregoing objection, and subject to the same, SDI refers Plaintiffs to its initial disclosures.**

8. Any and all documents Defendant contends support its denials of Plaintiffs' claims and support its Affirmative Defenses to Plaintiffs' claims.

**Response:** **SDI objects to this Request as it is overly broad and unduly burdensome; as it seeks documents and materials protected from discovery by the work-product doctrine; as it is not related to class certification as agreed in the Parties' Planning Meeting Report;**

and as its compound nature seeks to circumvent the limits of discovery agreed in the Parties' Planning Meeting Report.

9. Any and all documents referred to in Defendant's Answer to the Complaint.

**Response:** SDI objects to this Request as it is not related to class certification as agreed in the Parties' Planning Meeting Report. Without waiver of the foregoing objection, and subject to the same, SDI did not refer to any documents in its Answer.

10. All documents which refer, relate to, and/or were identified in Defendant's Answers to Plaintiffs' First Set of Interrogatories served herewith.

**Response:** SDI shall produce contemporaneously herewith documents bates labeled SDI and numbered 00001-01862.

/s/
David B. Block
W. Brad English
Michael W. Rich
*Attorneys for System Dynamics International, Inc.*

OF COUNSEL:

**MAYNARD COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
dblock@maynardcooper.com
benglish@maynardcooper.com
mrich@maynardcooper.com

4

5

## Certificate of Service

I hereby certify that on May 30, 2018, I caused a copy of the foregoing to be served on the following by placing a copy in the United States Mail, first-class postage prepaid, addressed to the following counsel of record:

D.G. Pantazis, Jr., Esq.
Lacey Danley, Esq.
WIGGINS, CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
dgpjr@wigginschilds.com
ldanley@wigginschilds.com

Peter R. Rosenzweig, Esq.
KLEINBARD LLC
One Liberty Place
46th Floor-1650 Market Street
Philadelphia, Pennsylvania 19103
prosenzweig@kleinbard.com

_____
Of Counsel